IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

       v.         Civil No. 12-50027-001

**MARIA GUADALUPE RAMIREZ-FLORES**                             **DEFENDANT**

**O R D E R**

Now on this 10th day of September, 2013, come on for consideration government's **Motion To Dismiss** (document #39) and **Defendant's Motion To Vacate Conviction And To Set Aside The Guilty Plea** (document #40). There is no objection to either motion, and the Court, being well and sufficiently advised, finds that both should be granted.

**IT IS THEREFORE ORDERED** that government's **Motion To Dismiss** (document #39) is **granted**, and the Indictment filed May 22, 2012, in this matter is hereby **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that **Defendant's Motion To Vacate Conviction And To Set Aside The Guilty Plea** (document #40) is **granted**, and the plea of guilty entered by defendant, on June 1, 2013, is **set aside** and her conviction is **vacated**.

**IT IS FURTHER ORDERED** that a certified copy of this Order be provided to Jody R. Upton, Warden, Federal Medical Center, Carswell, P.O. Box 27066, Fort Worth, Texas 76127.

**IT IS SO ORDERED,**

                                                                              /s/ Jimm Larry Hendren
                                                                             **JIMM LARRY HENDREN**
                                                                             **UNITED STATES DISTRICT JUDGE**